**No. 41404.**—Petition 5760–R of H. Reeve Angel & Co., Inc. (New York).

Opinion by McCLELLAND, P. J. It appeared that the importer ordered, imported, and entered the merchandise in question with a view of making a test

case.. The court found that this is an indication that there was no intent to defraud the Government of any of its revenue or to deceive the appraiser as to any fact in connection with the importation or entry. The petition was therefore granted.